The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY A. NORBERG, and ALEXANDERIA A. NORBERG,<br><br>Plaintiffs,<br><br>v.<br><br>PENNYMAC LOAN SERVICES, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendants. | Case No.: 2:26-cv-02978-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

The Court has considered the Unopposed Motion to Extend Time for Defendant to Respond to Plaintiffs' Second Amended Complaint ("the Motion"). Dkt. No. 18.

IT IS ORDERED:

1. The Motion is GRANTED;

2. Plaintiffs Randy Norberg and Alexanderia Norberg shall have up to and including **October 2, 2026,** to file and serve their Second Amended Complaint; and

///

///

///

///

3. Defendant PennyMac Loan Services, LLC shall have up to and including **October 16, 2026,** to respond to the Second Amended Complaint.

Dated: September 29, 2026

Kymberly K. Evanson
United States District Judge